IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PATRICIA RAMIREZ, on behalf of herself and all other employees similarly situated,<br><br>          Plaintiff(s),<br>   v.<br><br>MANPOWER, INC./CALIFORNIA PENINSULA,<br><br>          Defendant(s). | CASE NO. 5:13-cv-03238 EJD<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff Patricia Ramirez, on behalf of herself and a putative class of similar individuals, filed two cases in Monterey County Superior Court that have since been removed to this court and assigned to the undersigned. The first action, Case No. 5:13-cv-02880 EJD, alleges various violations of the California Labor Code against defendants Manpower, Inc., ManpowerGroup Public Sector Inc. and ManpowerGroup US Inc. This action, filed after and removed subsequent to Case No. 5:13-cv-02880 EJD, alleges substantially similar, if not identical, Labor Code violations against defendant Manpower, Inc./California Peninsula.

On January 13, 2014, the court granted defendants' motion to join Manpower, Inc./California Peninsula as a defendant in the earlier-filed case. See Docket Item No. 31 in Case No. 5:13-cv-02880 EJD. As a result, it appears that Manpower, Inc./California Peninsula is now subject to the same the causes of action in 5:13-cv-02880 EJD that it was subject to in this case, rendering this action duplicative and no longer necessary.

1

CASE NO. 5:13-cv-03238 EJD
ORDER TO SHOW CAUSE

1    Accordingly, the court hereby issues an order to show cause why this action should not be
2 dismissed as duplicative of Case No. 5:13-cv-02880 EJD.  To that end:
3    (1)    If the parties agree that this action can now be dismissed, they shall file a stipulation
4           and proposed order stating as much on or before **January 21, 2014.**
5    (2)    If any party disagrees that this action can now be dismissed, they shall file a response
6           to this order to show cause explaining the reasons underlying its position on or before
7           **January 21, 2014.**
8    The parties are notified that failure to comply with this order or failure to demonstrate
9 sufficient good cause as directed will result in this dismissal of this action.  No hearing will be held
10 on the order to show cause unless otherwise ordered by the court.
11 **IT IS SO ORDERED.**

13 Dated:  January 14, 2014


EDWARD J. DAVILA
United States District Judge

2
CASE NO. 5:13-cv-03238 EJD
ORDER TO SHOW CAUSE